

FILED
CLERK, U.S. DISTRICT COURT
08/27/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PACQUIAO–MAYWEATHER BOXING
MATCH PAY–PER–VIEW LITIGATION        MDL No. 2639

Dehart et al v. Top Rank, Inc. et al        2:15-cv-06561-RGK-PLAx

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On August 14, 2015, the Panel transferred 8 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Robert Gary Klausner.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Klausner.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of August 14, 2015, and, with the consent of that court, assigned to the Honorable Robert Gary Klausner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 24, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 08/27/2015
that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN RE: PACQUIAO-MAYWEATHER BOXING
MATCH PAY-PER-VIEW LITIGATION         MDL No. 2639

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 15-01006 | McDonald et al v. Pacquiao et al |
| CAS | 3 | 15-01025 | Constantino v. Top Rank, Inc. et al |
| **CONNECTICUT** | | | |
| CT | 3 | 15-00689 | Alessi v. Top Rank, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 15-60949 | Barker et al v. Mayweather Promotions, LLC et al |
| FLS | 0 | 15-60952 | Scheffer v. Top Rank, Inc. et al |
| FLS | 0 | 15-60964 | Miller v. Top Rank, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 15-04232 | Galandak et al v. Pacquiao et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 15-11936 | Bradley v. Pacquiao et al |
| MIE | 2 | 15-12424 | Causey v. Top Rank, Inc. et al |
| **NEVADA** | | | |
| NV | 2 | 15-00855 | Assalian v. Top Rank, Inc. et al  2:15-cv-06557-RGK-PLAx |
| NV | 2 | 15-00877 | Dehart et al v. Top Rank, Inc. et al  2:15-cv-06561-RGK-PLAx |
| **NEW JERSEY** | | | |
| NJ | 1 | 15-04540 | SCHOFIELD et al v. SHOWTIME NETWORKS INC. et al |
| NJ | 2 | 15-03286 | NAZARIO v. TOP RANK, INC. et al |
| **NEW MEXICO** | | | |

| | | | |
|---|---|---|---|
| NM | 2 | 15-00641 | Villasenor v. Showtime Networks, Inc. et al |

### NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 15-02637 | Vallaro v. Pacquiao et al |
| NYE | 1 | 15-02716 | Natal v. Top Rank, Inc. et al |
| NYE | 1 | 15-03016 | Bynum v. Pacquiao et al |
| NYE | 2 | 15-02709 | Brodsky et al v. Pacquiao et al |

### NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 15-03572 | Braunstein v. Top Rank, Inc. et al |
| NYS | 1 | 15-03740 | Jimenez et al v. Top Rank, Inc. et al |

### PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 15-02511 | GORDON et al v. SHOWTIME NETWORKS INC. et al |
| PAE | 2 | 15-02516 | CAPO v. TOP RANK, INC. et al |

### PUERTO RICO

| | | | |
|---|---|---|---|
| PR | 3 | 15-01550 | Mora-Rodriguez et al v. Pacquiao et al |

### SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 7 | 15-02028 | Thrailkill v. Top Rank Inc et al |

### TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 15-00592 | Crabtree v. Pacquiao et al |

### TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 3 | 15-00104 | Bouchier v. Comcast Corporation et al |